**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**JANICE L. FIELDS,**               )
                                    )
          **Plaintiff,**            )
                                    )
          **v.**                    )     **Civil Action No. 03-1035 (RWR)**
                                    )
**TIMOTHY GEITHNER,**               )
                                    )
          **Defendant.**            )
_____   )


                        **FINAL ORDER**

     For the reasons stated in the accompanying memorandum

opinion, it is hereby

     ORDERED that the defendants' motion [47] to dismiss or for

summary judgment be, and hereby is, GRANTED.  Judgment is entered

for the defendant.  This is a final appealable order.

     SIGNED this 6th day of January, 2012.


                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge